# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: MODIFICATION OF THE : NO. 395
MAGISTERIAL DISTRICTS WITHIN THE :
32nd JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW,** this 26th day of February, 2016, upon consideration of the Request of the President Judge of Thirty-second Judicial District (Delaware County) to eliminate Magisterial District 32-1-26 and reconfigure Magisterial Districts 32-1-27, 32-1-33, 32-1-34, 32-1-35, 32-2-43, 32-2-47, 32-2-51 and 32-2-52 of the Thirty-second Judicial District (Delaware County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Request is granted. The judgeship for Magisterial District 32-1-26 shall not appear on the ballot for the 2017 municipal election. This Order is effective January 1, 2017.

    Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 32-1-27<br>Magisterial District Judge David Hamilton Lang | Marple Township (Wards 2, 5, 6, and 7)<br>Radnor Township (Voting Districts 4, 5, and 7) |
| Magisterial District 32-1-33<br>Magisterial District Judge Harry J. Karapalides | Millbourne Borough<br>Upper Darby Township (Voting Districts 5-1, 5-7, 5-10, 6-1, 6-2, 6-3, 6-4, 6-10, 6-12, 7-2, 7-3, 7-4, 7-5, 7-6, 7-8 and 7-10) |
| Magisterial District 32-1-34<br>Magisterial District Judge Robert J. Radano | Upper Darby Township (Voting Districts 1-1, 1-2, 1-3, 1-8, 3-2, 3-4, 3-6, 3-7, 3-8, 3-9, 3-10, 4-1 and 4-4) |

Magisterial District 32-1-35
Magisterial District Judge Ann Berardocco

Upper Darby Township (Voting Districts 1-4, 1-5, 1-6, 1-7, 1-9, 3-1, 3-3, 3-5, 3-11, 4-2, 4-3, 4-5, 4-6, 4-7, 4-8, 4-9. 4-10, 4-11, 5-3 and 5-8)

Magisterial District 32-2-43
Magisterial District Judge Leon Hunter, III

Newtown Township
Radnor Township (Voting Districts 1, 2, 3, and 6)

Magisterial District 32-2-47
Magisterial District Judge W.Keith Williams

East Lansdowne Borough
Lansdowne Borough
Yeadon Borough

Magisterial District 32-2-51
Magisterial District Judge Christopher R. Mattox

Upper Darby Township (Voting Districts 5-2, 5-4, 5-5, 5-6, 5-9, 6-5, 6-6, 6-7, 6-8, 6-9, 6-11, 7-1, 7-6, 7-7, 7-9 and 7-11)

Magisterial District 32-2-52
Magisterial District Judge Kelly A. Micozzie-Aguirre

Aldan Borough
Clifton Heights Borough
Upper Darby Township (Voting Districts 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, and 2-7)

Justice Eakin did not participate in the consideration or decision of this matter.